UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, JR., | No.  2:25-cv-1882 DJC SCR |
| Plaintiff, | |
| v. | ORDER |
| K. GOMEZ, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 29, 2025, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 6. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 6) are adopted in full;

1

2. Plaintiff is required to pay the full $405 filing fee for this action within 30 days or face dismissal of this action because he has accrued three or more prior strikes under 28 U.S.C. § 1915(g); and

3. This matter is referred back to the assigned Magistrate Judge.

IT IS SO ORDERED.

Dated:   **January 9, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Th/Driv1882.800

2